UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-61324-MIDDLEBROOKS/HUNT

CARLA SOLIS, individually and on
behalf of others similarly situated,

    Plaintiff,

v.

PLANET FITNESS, INC.,
a Delaware Corporation d/b/a
PLANET FITNESS and
PLANET FITNESS EQUIPMENT,
LLC, a New Hampshire Limited
Liability Company,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Carla Solis's ("Plaintiff") Amended Notice of Voluntary Dismissal without Prejudice, filed on September 27, 2017. (DE 34). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss this action by filing a notice of dismissal before the opposing parties serve either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this **29** day of September, 2017.

                                                   DONALD M. MIDDLEBROOKS
                                                   UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record